# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LIRETTE & GARY, L.L.C.

VERSUS

ELLEN CRONIN BADEAUX, L.L.C.

NO.   2022 CW 1165

**DECEMBER 01, 2022**

---

In Re:   Ellen Cronin Badeaux, L.L.C., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 0193713.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**  On the showing made, we find no error.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT